UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| HYACINTH SOLOMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| PNC MORTGAGE COMPANY, | ) | No. 5:13-CV-421-FL |
| formerly National City Mortgage, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's Order entered on August 20, 2013 that the court ADOPTS the findings and recommendations of the United States Magistrate Judge and for reasons stated more specifically therein, Plaintiff's Complaint is DISMISSED for as frivolous. The Plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on August 22, 2013, and Copies To:**

Hyacinth Solomon (via U.S. Mail) 2251 Charles Drive # 42G, Raleigh, NC 27612

| | |
|---|---|
| August 22, 2013 | JULIE A. RICHARDS, CLERK |
| | /s/ Christa N. Baker |
| | (By) Christa N. Baker, Deputy Clerk |